UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ISRAEL SANTIAGO-LUGO,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 99-1504 (JAF)

(Criminal No. 05-029)

**O R D E R**

Petitioner, Israel Santiago-Lugo, requests a third certificate of appealability[1] from this court to appeal our denial on November 17, 2005, Docket Document No. 100, of a motion for reconsideration arising from our original denial of his 28 U.S.C. § 2255 petition on June 28, 2000. See 28 U.S.C. § 2253(c)(2) (1996).

A certificate of appealability may be granted only upon a substantial showing of the denial of a constitutional right. 28 U.S.C. §§ 2253(c)(2) and (3) (1996). Upon reviewing the record, we find Petitioner's claim entirely insubstantial for the reasons stated in our Opinion and Order of June 28, 2000, Docket Document No. 24.

---

[1] After filing a motion for reconsideration on July 26, 2000, and other related pleadings, which were denied by the court, Petitioner filed a Request for Certificate of Appealability on January 19, 2001, denied by the court on January 25, 2001. See Docket Document Nos. 26, 31-32, 35-36. Later, on December 20, 2004, Petitioner filed a second request for Certificate of Appealability after the court denied a second motion for reconsideration. See Docket Document Nos. 80, 83, 94-95. See also related decisions issued by the First Circuit Court of Appeals in Case Nos. 01-1385, 01-1550, 03-1997, 03-2466, 03-2521.

Civil No. 99-1504 (JAF)                                                                 2-

Accordingly, we **DENY** Petitioner's request for a certificate of appealability.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 9th day of December, 2005.

>                     S/José Antonio Fusté
>                      JOSE ANTONIO FUSTE
>                     Chief U. S. District Judge